**No. 60880.**—Majestic Shipping & Forwarding Co. et al. *v.* United States, protests 158404–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

BEFORE THE SECOND DIVISION, JUNE 18, 1957

**No. 60881.**—Cerro De Pasco Corporation *v.* United States, protest 290943–K (New York).

Opinion by LAWRENCE, J. After reviewing the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.

**No. 60882.**—W. A. Taylor & Co. *v.* United States, protest 254724–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cardboard boxes similar in all material respects to those the subject of Abstract 60422, the claim of the plaintiff was sustained.